UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GRANITE STATE
INSURANCE COMPANY                                                                                    PLAINTIFF

v.                                        No. 2:21-CV-02022

T & Z INSTALLATION, LLC                                                                              DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this same day, IT IS HEREBY ADJUDGED that Plaintiff Granite State Insurance Company shall have and recover from Defendant T & Z Installation, LLC, $729,514.36.  Interest on this judgment will accrue at the rate of 0.05% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 25th day of May, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE