UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GRANITE STATE INSURANCE COMPANY                                     PLAINTIFF

V.                        CASE NO. 2:21-CV-2022

T&Z INSTALLATION, LLC                                               DEFENDANT

AND

REGIONS BANK                                                        GARNISHEE

ORDER DIRECTING TRANSFER OF FUNDS

Now before the Court is Plaintiff Granite State Insurance Company's ("Granite State") Motion for Order of Garnishment (Doc. 26). On May 25, 2021, Granite State obtained a judgment (Doc. 20) against Defendant T&Z Installation, LLC ("T&Z"), in the amount of $729,514.36, plus post-judgment interest. No part of the judgment has been satisfied. On December 8, 2021, Granite State obtained a Writ of Garnishment (Doc. 23) addressed to Garnishee Regions Bank. The Writ was properly served on Regions Bank, *see* Doc. 25, and Regions Bank filed its Answer to Writ of Garnishment (Doc. 24) on July 5, 2022. Regions Bank indicates that is has in its possession $3,033.39 belonging to T&Z.

T&Z was provided notice of the Writ, *see* Doc. 26-2, and has not filed any objection or response. Accordingly, **IT IS ORDERED** that Granite State's Motion for Order of Garnishment (Doc. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that Garnishee Regions Bank remit to Granite State the **$3,033.39** it holds in accounts owned by T&Z. The check shall be made payable to

the IOLTA account of Granite State's counsel, Britta Stamps Todd, and mailed within fourteen days to the following address:

> Shook Hardy & Bacon, L.L.P.
> Attn.: Britta Stamps Todd
> 2555 Grand Blvd.
> Kansas City, MO 64108

**IT IS FURTHER ORDERED** that upon such payment and transfer of funds by Regions Bank, it shall be discharged from any further liability herein under the Writ of Garnishment, and T&Z's accounts with Regions Bank shall be released from the Writ.

**IT IS SO ORDERED** on this 15th day of July, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2